UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60645-CIV-ALTMAN/Hunt

**BPI SPORTS, LLC,**

    Plaintiff,

v.

**NETRUSH.COM, INC.,**

    Defendant.

_____/

## ORDER

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Dismiss [ECF No. 18], filed on April 15, 2019. The Court held a hearing on the motion [ECF No. 36] on July 23, 2019. For the reasons stated in open court, the Court hereby

**ORDERS and ADJUDGES** that the Motion to Dismiss [ECF No. 18] is **GRANTED**. The Defendant may file an amended Answer and Counterclaims no later than **August 2, 2019**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of July 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record