UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60645-CIV-ALTMAN/Hunt

**BPI SPORTS, LLC,**

   *Plaintiff*,

v.

**NETRUSH.COM, INC.,**

   *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 49]. The Court, having carefully reviewed the record, and being otherwise fully advised, hereby **ORDERS** that this case is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of November 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record